*disqualified.*

DECIDED JANUARY 28, 1975.

Bernard K. Jackson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29490. DAUGHERTY v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur. Hill, J., disqualified.*

DECIDED FEBRUARY 4, 1975.

Clinton L. Daugherty, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29631. BANKS v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur, except Gunter, J., who concurs in the judgment only.*

DECIDED FEBRUARY 18, 1975.

James Banks, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.